ANNALISA N. GRANT, ESQ.
Nevada Bar No. 11807
GRANT & ASSOCIATES
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113
Phone: (702) 940-3529
Fax:    (855) 429-3413
Annalisa.Grant@aig.com

Attorneys for Defendants
Walmart, Inc. and Walmart Apollo, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CANDACE JOHNSON, | Case No.:  2:22-cv-00464- JCM-VCF |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| WALMART, INC., a Foreign Corporation; WALMART APOLLO, LLC., a Foreign Corporation; CONAGRA BRANDS, INC., a Foreign Corporation; DOE MANUFACTURER; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | |
| Defendants. | |

PHILLIPS, SPALLAS & ANGSTADT, LLC, attorneys of record for Defendants WALMART, INC. and WALMART APOLLO, LLC., hereby consents to the substitution of the law firm of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

GRANT & ASSOCIATES as attorney of record for Defendants WALMART, INC. and WALMART APOLLO, LLC, in their place and stead.

DATED this 21st day of March, 2022.

PHILLIPS, SPALLAS & ANGSTADT, LLC

_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
TIMOTHY D. KUHLS, ESQ.
Nevada Bar No. 13362
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
504 South Ninth Street
Las Vegas, NV 89101

The law firm of GRANT & ASSOCIATES hereby agrees to its substitution as attorney of record for Defendants WALMART, INC. and WALMART APOLLO, LLC in the place and stead of PHILLIPS, SPALLAS & ANGSTADT, LLC.

DATED this _____ day of March, 2022.

GRANT & ASSOCIATES

_____
ANNALISA N. GRANT, ESQ.
Nevada Bar No. 11807
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113

///
///
///
///
///
///

2

1  GRANT & ASSOCIATES as attorney of record for Defendants WALMART, INC. and
2  WALMART APOLLO, LLC, in their place and stead.
3  DATED this _____ day of March, 2022.

                PHILLIPS, SPALLAS & ANGSTADT, LLC

                _____
                ROBERT K. PHILLIPS, ESQ.
                Nevada Bar No. 11441
                TIMOTHY D. KUHLS, ESQ.
                Nevada Bar No. 13362
                LATISHA ROBINSON, ESQ.
                Nevada Bar No. 15314
                504 South Ninth Street
                Las Vegas, NV 89101

      The law firm of GRANT & ASSOCIATES hereby agrees to its substitution as attorney of record for Defendants WALMART, INC. and WALMART APOLLO, LLC in the place and stead of PHILLIPS, SPALLAS & ANGSTADT, LLC.

      DATED this 21st day of March, 2022.

                GRANT & ASSOCIATES

                */s/ Annalisa N. Grant*
                _____
                ANNALISA N. GRANT, ESQ.
                Nevada Bar No. 11807
                7455 Arroyo Crossing Parkway, Suite 220
                Las Vegas, Nevada 89113

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Defendant WALMART, INC. does hereby consent to the substitution of the law firm of
2  GRANT & ASSOCIATES in the place and stead of PHILLIPS, SPALLAS & ANGSTADT,
3  LLC as its attorney of record in the above-captioned matter.
4  DATED this 21st day of March, 2022.

WALMART, INC.

By: _____
Authorized Representative for:
WALMART, INC.

11  Defendant WALMART APOLLO, LLC, does hereby consent to the substitution of the
12  law firm of GRANT & ASSOCIATES, in the place and stead of PHILLIPS, SPALLAS &
13  ANGSTADT, LLC as its attorney of record in the above-captioned matter.
14  DATED this 21st day of March, 2022.

WALMART APOLLO, LLC

By: _____
Authorized Representative for:
WALMART APOLLO, LLC

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  3-25-2022 _____

GRANT & ASSOCIATES
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113
Telephone No. (702) 940-3529
Facsimile No. (855) 429-3413

3

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of GRANT & ASSOCIATES and that on this 25th day of March, 2022, I caused a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEY** to be served electronically to all parties of interest through the Court's CM/ECF system as follows:

Charles S. Jackson, Esq.
HICKS & BRASIER, PPLC
2630 S. Jones, Blvd.
Las Vegas, NV 89146
*Attorney for Plaintiff*

Darrell D. Dennis, Esq.
Michael R. Smith, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
*Attorney for Defendant*
*Conagra Brands, Inc.*

/s/ Denisse A. Girard-Rubio
_____
An Employee of GRANT & ASSOCIATES