ANNALISA N. GRANT, ESQ.
Nevada Bar No. 11807
DAMIAN C. NOODY, ESQ.
Nevada Bar No. 14409
GRANT & ASSOCIATES
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113
Phone: (702) 940-3529
Fax:    (855) 429-3413
Damian.Noody@aig.com

Attorneys for Defendants
Walmart, Inc., Walmart Apollo, LLC and
High Liner Foods USA, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CANDACE JOHNSON, | Case No.:   2:22-cv-00464- JCM-VCF |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES |
| WALMART, INC., a Foreign Corporation; WALMART APOLLO, LLC., a Foreign Corporation; HIGH LINER FOODS USA, INC., a Foreign Corporation; DOE MANUFACTURER; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | (SECOND REQUEST) |
| Defendants. | |

Plaintiff CANDACE JOHNSON (hereinafter "Plaintiff") and Defendants WALMART INC., WALMART APOLLO, LLC, and HIGH LINER FOODS USA, INC. (hereinafter "DEFENDANTS"), by and through their respective counsel of record, do hereby stipulate to extend the remaining deadlines in the current scheduling order and discovery plan in this matter for a period of ninety (90) days for the reasons explained herein. Pursuant to Local Rule 6-1(b), the parties hereby aver that this is the second such discovery extension requested in this matter.

. . .

. . .

**DISCOVERY COMPLETED TO DATE**

- The parties have conducted an FRCP 26(f) conference, have served their respective FRCP 26(a) disclosures and supplements thereto;
- The parties have filed all required documents pursuant to ECF 2 to date;
- Plaintiff has provided provider specific authorizations and DEFENDANTS had requested the corresponding medical records; and
- DEFENDANTS and Plaintiff have served written discovery and submitted timely responses.

**DISCOVERY NEEDED TO BE COMPLETED**

Discovery to be completed includes:

- Deposition of Plaintiff;
- Depositions of Defendant 30(b)(6) witness(es);
- Depositions of Plaintiff's treating physicians;
- Depositions of fact witnesses;
- Disclosure of expert by both parties; and
- Depositions of expert witnesses and rebuttal expert witnesses.

The parties aver, pursuant to Local Rule 6-1, that good cause exists for the requested extension. Good cause exists for requesting this extension less than 21 days before the expert deadline. DEFENDANTS require Plaintiff's testimony for DEFENDANTS' experts to prepare their disclosures.

The parties agree that, pending this Court's approval, extending the remaining discovery deadlines is appropriate, as the parties were only recently able to schedule Plaintiff's deposition for November 30, 2022. In light of the allegations surrounding this matter, DEFENDANTS' experts have requested to review Plaintiff's deposition testimony, however, the expert disclosure deadline of December 9, 2022, set forth in the operative plan, does not afford

2

*Johnson v. Walmart, Inc., et al.;* Case No.: 2:22-cv-00464- JCM-VCF
*Stipulation and [Proposed] Order to Extend Discovery Deadlines (Second Request)*

1 sufficient time for said review. Additionally, the parties are engaging in settlement discussions. As such, the parties have agreed to a ninety (90) day discovery extension to ensure that the remaining discovery is conducted.

The parties have acted in good faith to request this extension and have no intent, nor reason, to delay the resolution of this matter.

~~[PROPOSED]~~ **NEW DISCOVERY DEADLINES**

**Expert Disclosure Deadline:**

    Currently: December 9, 2022

    Proposed: **March 9, 2023**

**Rebuttal Expert Disclosure Deadline:**

    Currently: January 9, 2023

    Proposed: **April 10, 2023**

**Discovery Cut-Off Date:**

    Currently: February 8, 2023

    Proposed: **May 9, 2023**

**Dispositive Motion Deadline:**

    Currently: March 10, 2023

    Proposed: **June 8, 2023**

~~Proposed~~ **Joint Pre-Trial Order Deadline:**

    Currently: April 7, 2023

    Proposed: **July 6, 2023**

If this extension is granted, all anticipated additional discovery should be concluded within the stipulated extended deadline. The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

. . .

. . .

DATED this 29th day of November, 2022  　　　DATED this 29th day of November, 2022

**HICKS & BRASIER, PLLC**　　　　　　　　　**GRANT & ASSOCIATES**

/s/ Charles S. Jackson　　　　　　　　　　　　/s/ Damian C. Noody

CHARLES S. JACKSON, ESQ.　　　　　　　　DAMIAN C. NOODY, ESQ.
Nevada Bar No. 13158　　　　　　　　　　　　Nevada Bar No. 14409
2630 S. Jones Blvd.　　　　　　　　　　　　　7455 Arroyo Crossing Pkwy., Suite 220
Las Vegas, Nevada 89146　　　　　　　　　　Las Vegas, Nevada 89113
*Attorneys for Plaintiff*　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　　　　*Walmart, Inc., Walmart Apollo, LLC and*
　　　　　　　　　　　　　　　　　　　　　　　*High Liner Foods USA, Inc.*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  11-29-2022

---

4
*Johnson v. Walmart, Inc., et al.; Case No.: 2:22-cv-00464- JCM-VCF*
*Stipulation and [Proposed] Order to Extend Discovery Deadlines (Second Request)*

| | |
|---|---|
| **From:** | Charles Jackson |
| **To:** | Girard-Rubio, Denisse A. |
| **Subject:** | [EXTERNAL] Re: Johnson v. Walmart, Inc., et al.; REVISED Stipulation and [Proposed] Order to Extend Discovery Deadlines (Second Request); Our file No. NVLV00271 |
| **Date:** | Tuesday, November 29, 2022 1:49:09 PM |

**This message is from an external sender; be cautious with links and attachments.**

Please e sign for me.

Thank you,

Charlie

Sent from my iPhone

> On Nov 29, 2022, at 1:36 PM, Girard-Rubio, Denisse A. <Denisse.GirardRubio@aig.com> wrote:
>
> Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.
>
> Mr. Jackson,
>
> Please see the attached revised draft *Stipulation and [Proposed] Order to Extend Discovery Deadlines (Second Request)* for your review.   If it meets with your approval, please advise if it is okay to add your e-signature.
>
> Thank you.
>
> Sincerely,
>
> Denisse A. Girard-Rubio
>
> **Denisse A. Girard-Rubio**
> Legal Secretary – Sr., Grant & Associates
> Staff Counsel
> American International Group, Inc. (AIG)
> 7455 Arroyo Crossing Pkwy, Suite 220, Las Vegas, NV  89113
> T (+1) 702.940.3557
> denisse.girardrubio@aig.com | www.aig.com

**IMPORTANT NOTICE**
This email message and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged attorney-client communications, attorney work product, or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. In addition, please immediately delete or destroy all copies or versions you have of this message and notify the sender at (702) 940-3557 or **denisse.girardrubio@aig.com** in order that we may take steps to prevent any further

inadvertent disclosures. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

**From:** Charles Jackson <cjackson@lvattorneys.com>
**Sent:** Tuesday, November 29, 2022 12:07 PM
**To:** Girard-Rubio, Denisse A. <Denisse.GirardRubio@aig.com>
**Cc:** Mary Eagar <mary@lvattorneys.com>; Noody, Damian C <Damian.Noody@aig.com>; Grant, Annalisa N <Annalisa.Grant@aig.com>; Smith, Diana <Diana.Smith@aig.com>; Jory, Shannon <Shannon.Jory@aig.com>
**Subject:** [EXTERNAL] Re: Johnson v. Walmart, Inc., et al.; Stipulation and [Proposed] Order to Extend Discovery Deadlines (Second Request); Our file No. NVLV00271

**This message is from an external sender; be cautious with links and attachments.**

Please include something saying that good cause exists for requesting the extension less than 21 days before the expert deadline. It can use the same language saying your expert requires the Plaintiff's testimony. But I think the judge could reject it out of hand if it doesn't have that.

Thanks!

Charlie

Sent from my iPhone

> On Nov 29, 2022, at 11:05 AM, Girard-Rubio, Denisse A. <Denisse.GirardRubio@aig.com> wrote:
>
> Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.
>
> Good morning,
>
> Attached please find the draft *Stipulation and [Proposed] Order to Extend Discovery Deadlines (Second Request)* for your review. If it meets with your approval, please advise if it is okay to add your e-signature.
>
> Thank you.
>
>
> Sincerely,
>
> Denisse A. Girard-Rubio

**Denisse A. Girard-Rubio**
Legal Secretary – Sr., Grant & Associates
Staff Counsel
American International Group, Inc. (AIG)
7455 Arroyo Crossing Pkwy, Suite 220, Las Vegas, NV  89113
T (+1) 702.940.3557
denisse.girardrubio@aig.com | www.aig.com

**IMPORTANT NOTICE**

**This email message and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged attorney-client communications, attorney work product, or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. In addition, please immediately delete or destroy all copies or versions you have of this message and notify the sender at (702) 940-3557 or denisse.girardrubio@aig.com in order that we may take steps to prevent any further inadvertent disclosures. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.**

<We sent you safe versions of your files>
<SAO - Stip & Order to Extend Discovery (90 days - 2nd Req).pdf>

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

<We sent you safe versions of your files>
<SAO - Stip & Order to Extend Discovery (90 days - 2nd Req).pdf>

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.