ANNALISA N. GRANT, ESQ.
Nevada Bar No. 11807
DAMIAN C. NOODY, ESQ.
Nevada Bar No. 14409
GRANT & ASSOCIATES
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113
Phone: (702) 940-3529
Fax:    (855) 429-3413
Damian.Noody@aig.com

Attorneys for Defendants
Walmart, Inc., Walmart Apollo, LLC and
High Liner Foods USA, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CANDACE JOHNSON, | Case No.:  2:22-cv-00464- JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| WALMART, INC., a Foreign Corporation; WALMART APOLLO, LLC., a Foreign Corporation; HIGH LINER FOODS USA, INC., a Foreign Corporation; DOE MANUFACTURER; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff, CANDACE JOHNSON ("Plaintiff"), by and through her counsel, HICKS & BRASIER, PPLC, and Defendants WALMART, INC., WALMART APOLLO, LLC and HIGH LINER FOODS USA, INC. ("Defendants"), by and through their counsel, GRANT & ASSOCIATES, that Plaintiff's Complaint in the above-captioned matter be dismissed with prejudice as to all named Defendants.

IT IS FURTHER STIPULATED that each party shall bear their own attorneys' fees and costs.

. . .

1    IT IS SO STIPULATED.

2    DATED this 4th day of April, 2023.    DATED this 4th day of April, 2023.

3    HICKS & BRASIER, PPLC    GRANT & ASSOCIATES

4    /s/ Alison Brasier    /s/ Damian C. Noody

5    _____    _____
     ALISON BRASIER, ESQ.    DAMIAN C. NOODY, ESQ.
6    Nevada Bar No. 10522    Nevada Bar No. 14409
     2630 S. Jones Blvd.    7455 Arroyo Crossing Pkwy., Suite 220
7    Las Vegas, NV 89146    Las Vegas, NV 89113
     *Attorney for Plaintiff,*    *Attorneys for Defendants,*
8    CANDACE JOHNSON    WALMART INC., WALMART APOLLO, LLC
                         and HIGH LINER FOODS USA, INC.

## ORDER

IT IS HEREBY ORDERED that Plaintiff's Complaint in the above-captioned matter, shall be dismissed with prejudice as to all named Defendants; and each party shall bear their own attorneys' fees and costs.

DATED: April 6, 2023

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

GRANT & ASSOCIATES

/s/ Damian C. Noody

_____
DAMIAN C. NOODY, ESQ.
Nevada Bar No. 14409
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, Nevada 89113
Attorneys for Defendants,
WALMART INC., WALMART APOLLO, LLC
and HIGH LINER FOODS USA, INC.

| | |
|---|---|
| **From:** | Alison M. Brasier |
| **To:** | Girard-Rubio, Denisse A. |
| **Cc:** | Noody, Damian C; Grant, Annalisa N; Smith, Diana; Jory, Shannon |
| **Subject:** | [EXTERNAL] RE: Johnson, Candace v. Walmart, Inc., et al.; Stipulation and Order for Dismissal; Our file No. NVLV00271 |
| **Date:** | Monday, April 3, 2023 7:26:52 PM |

**This message is from an external sender; be cautious with links and attachments.**

My Bar number needs to be updated to 10522.

After that is changed, you can submit w/my e-signature.

**Alison Brasier, Esq.**



2630 S. Jones Blvd. | Las Vegas, NV 89146
tel (702) 628-9888 | fax (702) 960-4118

Confidentiality Notice: This message and any attachments are for the named person's use only. The message and any attachment may contain confidential, proprietary, or privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately notify the sender, delete all copies of it from your system, and destroy any hard copies of it. Please do not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.  Further, this message shall not be considered, nor shall it constitute an electronic transaction, non-paper transaction, and/or electronic signature under any and all electronic acts including the Uniform Electronic Transfer Act and/or the Electronic Signatures in Global and National Commerce Act.

**From:** Girard-Rubio, Denisse A. <Denisse.GirardRubio@aig.com>
**Sent:** Monday, April 3, 2023 2:59 PM
**To:** Alison M. Brasier <abrasier@lvattorneys.com>; Mary Eagar <mary@lvattorneys.com>
**Cc:** Noody, Damian C <Damian.Noody@aig.com>; Grant, Annalisa N <Annalisa.Grant@aig.com>; Smith, Diana <Diana.Smith@aig.com>; Jory, Shannon <Shannon.Jory@aig.com>
**Subject:** Johnson, Candace v. Walmart, Inc., et al.; Stipulation and Order for Dismissal; Our file No. NVLV00271

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

Good afternoon,

Attached please find the Stipulation and Order for Dismissal with Prejudice with respect to the above-referenced matter for your review.  Please advise if we can use your e-signature.

Thank you.


Sincerely,

Denisse A. Girard-Rubio


**Denisse A. Girard-Rubio**

Legal Secretary – Sr., Grant & Associates
Staff Counsel
American International Group, Inc. (AIG)
7455 Arroyo Crossing Pkwy, Suite 220, Las Vegas, NV  89113
T (+1) 702.940.3557
denisse.girardrubio@aig.com | www.aig.com

**IMPORTANT NOTICE**
**This email message and any attachments are confidential, intended only for the named recipient(s) and may contain information that is privileged attorney-client communications, attorney work product, or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. In addition, please immediately delete or destroy all copies or versions you have of this message and notify the sender at (702) 940-3557 or denisse.girardrubio@aig.com in order that we may take steps to prevent any further inadvertent disclosures. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.**


**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.